UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HEATHER COGAR,

    Plaintiff,

v.                                            CASE NO.: 5:18-cv-52-JSM-PRL

MIKE PRENDERGRAST, as SHERIFF of
CITRUS COUNTY, FLORIDA, JEFF DAWSY,
individually, BRYAN HESSE, individually, and
MIKE PRENDERGRAST, individually,

    Defendants.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE OPINION
TESTIMONY OF PLAINTIFF'S EXPERT**

    Plaintiff, Heather Cogar, through undersigned counsel and pursuant to Fed.R.Civ.P. 6(b)(1)(A), hereby requests a twenty-day extension of time to file a response to the Defendants' *Daubert* Motion to Exclude Opinion Testimony of Plaintiff's Expert ("Daubert") (Doc. 64) and, in support, states as follows:

**MEMORANDUM OF LAW**

    1.    Defendant filed its *Daubert* Motion on October 11, 2019.

    2.    Middle District Local Rule 3.01(b) provides that a response to a motion must be filed "within 14 days after service of the motion..." which in this instance is Friday, October 25, 2019.

    3.    Plaintiff's expert reviewed thousands of pages of discovery material.

    4.    Due to an unexpected technical problem, Plaintiff's counsel has been unable to access critical material necessary to respond to Defendants' *Daubert* Motion.

5. The private network server, TrialWorks, a company contracted by Plaintiff's counsel for document management, has shut down access to Plaintiff's documents to this matter, and all other matters since October 11, 2019 (*See* Exhibit A).

6. TrialWorks discovered an anomaly to its systems the week of October 11, 2019, the same week Defendants' *Daubert* Motion was filed. (*See* Attached Exhibit A.)

7. Since October 11, 2019, Plaintiff's counsel, as well as other TrialWorks clients, have been unable to access documents.

8. As of October 24, 2019, Plaintiff's counsel remains unable to access all the necessary documents required to respond to Defendants' *Daubert* Motion.

9. Plaintiff respectfully requests a twenty-day extension up to and including November 14, 2019, to respond to Defendants' *Daubert* Motion to Exclude Opinion Testimony of Plaintiff's Expert.

10. A twenty-day extension will not affect any other deadlines in the case.

11. No party will be prejudiced by this brief extension.

## **CERTIFICATE OF CONCILIATION**

12. Pursuant to Local Rule 3.01(g), the undersigned has conferred with Defendants' counsel, who does not oppose the relief sought herein.

WHEREFORE, Plaintiff respectfully requests a twenty-day extension of time, to November 14, 2019, to file a response to the Defendants' *Daubert* Motion to Exclude Opinion Testimony of Plaintiff's Expert (Doc. 64).

Respectfully submitted,

**WHITTEL & MELTON, LLC**
*/s/ Jay Lechner*
Jay P. Lechner, Esq.
Florida Bar No.: 0504351
William J. Sheslow, Esq.

2

Florida Bar No.: 92042
11020 Northcliffe Boulevard
Spring Hill, Florida 34608
Telephone: (352)683-2016
Facsimile: (352) 556-4839
Will@theFLlawfirm.com
lechnerj@theFLlafirm.com
Pleadings@theFLlawfirm.com
Jwalsh@theFLlawfirm.com
Pls@theFLlawfirm.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of filing via electronic mail to all counsel of record.

*/s/ Jay Lechner*

Jay Lechner, Esq.