# Exhibit A

**Peter Linton-Smith**

| | |
|---|---|
| From: | TrialWorks Hosting Service |
| Sent: | October 11, 2019 9:47 AM |
| To: | pls@thefllawfirm.com |
| Subject: | TrialWorks Hosting - Microsoft Service Outage |


An Assembly Software Company

# Microsoft Service Outage

There is currently a Microsoft Service Outage affecting the Outlook desktop and mobile apps. Email will not display on either the Outlook Mobile or desktop apps for a subset of users. Our team is not yet aware of details as this is an issue Microsoft is currently resolving, but if you are unable to access your email in Outlook please access your email using the web browser at mail.office365.com for Office 365 users and gmail.com for G Suite users.



TrialWorks Support is available
M-F 8:30 am-5:30 pm EST
support@trialworks.com | Tel: 305.357.6500

TrialWorks has initiated After-Hours Emergency Support (Option 5) to our Telephone Automated Attendant. Any customer with an emergency outage outside of our regular support hours should use this option.

**FOLLOW US**

  

**Visit our website**

TrialWorks Hosting Services | 1550 Madruga Avenue, Suite 508, Coral Gables, FL 33146 (305) 357-6500

Unsubscribe pls@thefllawfirm.com

1

## Peter Linton-Smith

**From:** TrialWorks Hosting Service
**Sent:** October 16, 2019 4:01 PM
**To:** pls@thefllawfirm.com
**Subject:** TrialWorks Hosting - Service Outage 4pm Update: 10/16


An Assembly Software Company

# Hosting Outage: 4pm Update

As committed to in this afternoon's message from our Chief Customer Advocate, we are providing a 4pm status update.

We continue to work around the clock and have restored meaningful portions of our environment. In working with our Cybersecurity experts, they have cautioned that we do not provide access to customers until all of the restoration is complete. As a result, we will continue to double down to complete all restoration activities as safely and effectively as possible.

At this time we do not expect that our hosting environment will be fully operational tomorrow. We will communicate via email as milestones are completed.

Your email may be accessed using the web browser at mail.office365.com for Office 365 users and gmail.com for G Suite users.

If you have any questions, the best way to reach us is via email at: support@trialworks.com.



TrialWorks Support is available
M-F 8:30 am-5:30 pm EST
support@trialworks.com | Tel: 305.357.6500

TrialWorks has initiated After-Hours Emergency Support (Option 5) to our Telephone Automated Attendant. Any customer with an emergency outage outside of our regular support hours should use this option.

### FOLLOW US

1

# Peter Linton-Smith

| | |
|---|---|
| From: | TrialWorks Hosting Service |
| Sent: | October 17, 2019 4:10 PM |
| To: | pls@thefllawfirm.com |
| Subject: | TrialWorks Hosting - Service Outage 4pm Update: 10/17 |



**TRIALWORKS**
An Assembly Software Company

## Hosting Outage: 4pm Update

We anticipate the hosting service will not be fully operational for Friday, 10/18. However, we have started to bring some customers back online with limited access.

Over the coming days, we will reach out directly to firms as we are able to bring users back online. As part of this process, customers will be required to re-set passwords.

Those who are not contacted directly will likely continue to be impacted by the outage. We will continue to work around the clock and communicate additional milestones as they are reached.

Your email may be accessed using the web browser at mail.office365.com for Office 365 users and gmail.com for G Suite users.

If you have any questions, the best way to reach us is via email at: support@trialworks.com.



TrialWorks Support is available
M-F 8:30 am-5:30 pm EST
support@trialworks.com | Tel: 305.357.6500

TrialWorks has initiated After-Hours Emergency Support (Option 5) to our Telephone Automated Attendant. Any customer with an emergency outage outside of our regular support hours should use this option.

FOLLOW US

1

## Peter Linton-Smith

| | |
|---|---|
| From: | TrialWorks Hosting Service |
| Sent: | October 22, 2019 4:10 PM |
| To: | pls@thefllawfirm.com |
| Subject: | TrialWorks Hosting - Service Outage Final 4pm Update: 10/22 |



An Assembly Software Company

# Hosting Outage: Final 4pm Update

We continue to work through the residual issues from the incident. As we do so, we will move to individual communication with firms still experiencing challenges. Accordingly, this will be the last 4pm update. Please note, that we are still experiencing high ticket volume, therefore our responses may be delayed. We will continue to diligently focus on working through outstanding tickets.

As we complete our forensic analysis with our cyber security consultants, we will provide additional communication on incident analysis and response, but this will represent the last 4pm update.

Thank you.



TrialWorks Support is available
M-F 8:30 am-5:30 pm EST
support@trialworks.com | Tel: 305.357.6500

TrialWorks has initiated After-Hours Emergency Support (Option 5) to our Telephone Automated Attendant. Any customer with an emergency outage outside of our regular support hours should use this option.

### FOLLOW US



**Visit our website**

1