UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEATHER COGAR,

               Plaintiff,

v.

MIKE PRENDERGAST, AS SHERIFF OF CITRUS COUNTY, FLORIDA,

               Defendant.

Case No. 5:18-cv-00052-JSM-PRL

## SPECIAL INTERROGATORIES TO THE JURY

**Do you find from a preponderance of the evidence:**

1. That Sheriff Prendergast subjected Heather Cogar to an adverse employment action by placing her in a dispatch role?

        **Answer Yes or No**     __NO__

If your answer is "No," this ends your deliberations and you should skip the remaining questions, sign the verdict form, and turn it in to the Court. If your answer is "Yes," you should go on to answer the next question.

2. That Heather Cogar's sex was a motivating factor that prompted Sheriff Mike Prendergast to take that action?

        **Answer Yes or No**     _____

If your answer is "No," this ends your deliberations and you should skip the next question, sign the verdict form, and turn it in to the Court. If your answer is "Yes," you should go on to answer the next question.

1

3. Do you find that Heather Cogar should be awarded damages to compensate for emotional pain and mental anguish?

    **Answer Yes or No**     _____

    **If your answer is "Yes,"**
    **in what amount?**      $_____

So Say We All.

Date: FEB 7, 2020        _____
                    Foreperson's Signature