UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

No. 20-11003

District Court Docket No.
5:18-cv-00052-JSM-PRL

HEATHER COGAR,

          Plaintiff - Appellant,

versus

Citrus County Sheriff's Office,

          Defendant,

JEFF DAWSY,
Individually,
BRYAN HESSE,
Individually,
MIKE PRENDERGAST,
Sheriff of Citrus County Florida,
MIKE PRENDERGAST,
Individually,

          Defendants - Appellees.

Appeal from the United States District Court for the
Middle District of Florida

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: February 12, 2021
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

March 16, 2021

Clerk - Middle District of Florida
U.S. District Court
207 NW 2ND ST
OCALA, FL 34475

Appeal Number: 20-11003-HH
Case Style: Heather Cogar v. Jeff Dawsy, et al
District Court Docket No: 5:18-cv-00052-JSM-PRL

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6191

Enclosure(s)

MDT-1 Letter Issuing Mandate

| From: | ecf_help@ca11.uscourts.gov |
|---|---|
| To: | FLMD_EFILE_APPEALS |
| Subject: | 20-11003-HH Heather Cogar v. Jeff Dawsy, et al "Mandate Issued" (5:18-cv-00052-JSM-PRL) |
| Date: | Tuesday, March 16, 2021 12:05:36 PM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 03/16/2021

**Case Name:** Heather Cogar v. Jeff Dawsy, et al
**Case Number:** 20-11003
**Document(s):** Document(s)

**Docket Text:**
Mandate issued as to Appellant Heather Cogar.

**Notice will be electronically mailed to:**

Clerk - Middle District of Florida, Clerk of Court
Brian Koji
Jason Michael Melton
William J. Sheslow
Carly Stein


The following document(s) are associated with this transaction:
**Document Description:** MDT-1 Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/LoisTunstall_2011003_9334020_MDT-1LetterIssuingMandate_288.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=03/16/2021] [FileNumber=9334020-1]
[915db9e67ced1ea63556b4b66ca6f187a23c1de2be01142dede39f1d68b3e526640983b5a6509ccbf71f6ccc381b77ca7378f6f0e12c1e73fb6a820b13355125]]
**Recipients:**

- Clerk - Middle District of Florida, Clerk of Court
- Brian Koji
- Jason Michael Melton
- William J. Sheslow
- Carly Stein

**Document Description:** Mandate Issued
**Original Filename:** 11003hhmandate031621.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=03/16/2021] [FileNumber=9334020-0]
[8acd56d5f5768adc33132dd00a88295821e0921043e2692c93bf439176346150af4f0bc6d630180e6fe3d9558e56fc9e99a02dcdfd4a8435e27de385d0e3b054]]